Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 2:21-cv-02051-JAM-AC |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF FILING JOINT STATUS REPORT; ORDER** |
| vs. | |
| AERY VENTURES INC dba AERY'S MARKET, et al., | |
| Defendants. | |

**WHEREAS,** an order requiring service of process and joint status report (ECF Doc. No. 3) was issued on November 5, 2021, in which, a joint status report is due within sixty (60) days of service of the complaint on any party.

**WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff"), and Defendants, Aery Ventures Inc dba Aery's Market and Aery Properties LLC ("Defendants," and together with Plaintiff, "the Parties"), hereby request that the deadline to file a joint status report be continued to allow time

for the parties to continue engaging in settlement negotiations and to avoid incurring additional attorney's fees and costs incident to preparing a joint status report while settlement efforts are being exhausted;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of filing a joint status report due by January 28, 2022 to February 28, 2022.

Dated:  January 31, 2022                                    MOORE LAW FIRM, P.C.

                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff,
                                                            Darren GIlbert

Dated:  January 31, 2022                                    Law Office of Rick Morin, PC

                                                            */s/ Richard Morin*
                                                            Richard Morin
                                                            Attorney for Defendants,
                                                            Aery Ventures Inc dba Aery's Market and
                                                            Aery Properties LLC

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the last date to file a joint status report be extended from January 28, 2022 to February 28, 2022.

**IT IS SO ORDERED**.

Dated:  January 31, 2022             /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE